UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

NOV 7 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL No. |
| **LUIS CARLOS BOTELLO-BARAJAS,** | § | |
| aka Luis C. Barajas Botello, | § | |
| aka Ivan Rene Botello-Marin, | § | **H 12 -680** |
| aka Luis Carlos Barajas-Botello, | § | |
| aka Ivan Rene Botello, | § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about October 15, 2012, in the Houston Division of the Southern District of Texas,

**LUIS CARLOS BOTELLO-BARAJAS,**
**aka Luis C. Barajas Botello,**
**aka Ivan Rene Botello-Marin,**
**aka Luis Carlos Barajas-Botello,**
**aka Ivan Rene Botello,**

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States after having been convicted of a felony, knowingly and unlawfully was present in the United States when found in Houston, Texas, without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

By:

MICHAEL SCHULTZ
Assistant United States Attorney